**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANJIT S. GILL,

    Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

    Defendant.
_____/

No. C 05-3512 PJH

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On January 13, 2006, the court issued an order to show cause why plaintiff's claims should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b), plaintiff having failed to appear at the case management conference set for January 12, 2006. A hearing on the order to show cause was set for January 26, 2006. Plaintiff again failed to attend.

When circumstances make such action appropriate, a district court may dismiss a complaint for failure to prosecute, in order to achieve the orderly and expeditious disposition of cases. See Link v. Wabash R.R. Co., 370 U.S. 626, 630-32 (1962); Oliva v. Sullivan, 958 F.2d 272, 273 (9th Cir. 1992). Plaintiff's failure to appear at the case management conference, and the further failure to appear at the subsequent hearing on the order to show cause, constitute circumstances warranting the court's dismissal of plaintiff's complaint pursuant to Rule 41(b).

Accordingly, the complaint is dismissed.

**IT IS SO ORDERED.**

Dated: January 30, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge